## How CJA Attorneys Can Access Documents
## Without Incurring PACER Access Fees

Attorneys appointed under the Criminal Justice Act (CJA) can access documents filed in CM/ECF on a fee exempt basis by doing the following:

- Upgrading your PACER account.
- Activating CJA privileges for your PACER account.
- Setting your default PACER login in CM/ECF.

If you have not upgraded you PACER account or activated CJA privileges for your PACER account, go to www.pacer.gov.

Following are instructions for setting your default PACER login in CM/ECF and using the **Change PACER Exemption Status** utility and associated toggle to access documents on a fee-exempt basis via CM/ECF.

Please note, fee exempt PACER usage is only allowed for CJA-related work and when ordered by the court.

## Setting a Default PACER Login in CM/ECF

1. Log into CM/ECF using the attorney's unique CM/ECF login and password.

2. Click on **Query** on the blue menu bar so the following **PACER Login** screen appears:



3. Check the **Make this my default PACER login** box, enter the Login and Password (and client code if desired) for the attorney's upgraded PACER account and click the **Login** button.



The attorney's default PACER login is now set in CM/ECF.

## Using the Change PACER Exemption Status Utility and the Toggle Feature in CM/ECF

1. After logging into CM/ECF and setting the attorney's default PACER login, click on **Utilities** on the blue menu bar and click on the **Change PACER Exemption Status** utility located under **YOUR ACCOUNT**.

2. The following **Change PACER Exemption Status** screen appears. The attorney's current PACER fee exemption status is reflected on this screen. You can toggle between fee exempt and non-fee exempt by clicking on the **CJA** radio button or the **Not Exempt** radio button and then clicking the **Submit** button.



When you are returned to the main **Query** screen, you will see a **red** visual indicator at the bottom of the screen reflecting the attorney's current PACER fee exemption status.





This **red** visual indicator also appears on the **Selection Criteria** page for applicable reports and on screens prior to viewing PDFs from document hyperlinks.

3. The **Change** link associated with the **red** visual indicator allows you to easily change your PACER fee exemption status. Clicking on the **Change** link will route you to the **Change PACER Exemption Status** screen where you can toggle between fee exempt (CJA) status and non-fee exempt (Not Exempt) status. After you click on the **Submit** button, the **red** visual indicator will be updated to reflect your new PACER fee exemption status.

Reminder: Accessing documents on a fee-exempt basis is closely monitored and inappropriate access by an attorney will result in the attorney's loss of PACER privileges.