# UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

Northern Division

United States of America
V.
Kimo Little Bird

**EXHIBIT LIST**

Case Number:  20-10012

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Charles B. Kornmann, United States Chief Judge | Jay Miller | John Rusch |
| **TRIAL DATE (S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| November 15, 2021 | Click here to enter text. | Choose an item. |

| PLF. NO. | DEF. NO. | COURT NO. | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1 | | | | | Jurisdictional Stipulation |
| 2 | | | | | Hollie Strand CV |
| 3 | | | | | Drawing/Statement of S.I.R. |
| 4 | | | | | Anatomical Drawing |
| 5 | | | | | Kim Beck CV |
| 6 | | | | | Video Recording of Forensic Interview |
| 7 | | | | | Jail Phone Call May 3, 2021 |
| 7a | | | | | Transcript of May 3, 2021 jail Phone call |
| 8 | | | | | Jail Phone call June 8, 2021 |
| 8a | | | | | Transcript of June 8, 2021 phone call |
| 9 | | | | | Jail Phone call June 12, 2021 |
| 9a | | | | | Transcript of June 12, 2021 jail phone call |
| 10 | | | | | Jail Phone call June 13, 2021 |
| 10a | | | | | Transcript of June 13, 2021 jail phone call |
| 11 | | | | | Jail Phone call June 22, 2021 |
| 11a | | | | | Transcript of June 22, 2021 jail phone call |
| 12 | | | | | Jail Phone call June 23, 2021 |
| 12a | | | | | Transcript of June 23, 2021 jail phone call |
| 13 | | | | | Jail Phone call July 2, 2021 |
| 13a | | | | | Transcript of July 2, 2021 jail phone call |
| 14 | | | | | Jail Phone call July 5, 2021 |

Page 1 of Click here to enter text.

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| | |
|---|---|
| | |

| **United States of America** | | | | vs. | Kimo Little Bird | Case No. 20-10012 |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | COURT NO. | DATE OFFERED | ADMITTED | **DESCRIPTION OF EXHIBITS* AND WITNESSES** | |
| 14a | | | | | Transcript of July 5, 2021 jail phone call | |
| 15 | | | | | Jail Phone call July 7, 2021 | |
| 15a | | | | | Transcript of July 7, 2021 jail phone call | |
| 16 | | | | | Jail Phone call July 23, 2021 | |
| 16a | | | | | Transcript of July 23, 2021 jail phone call | |
| 17 | | | | | Jail Phone call July 26, 2021 | |
| 17a | | | | | Transcript of July 26, 2021 jail phone call | |
| 18 | | | | | Jail Phone call July 27, 2021 | |
| 18a | | | | | Transcript of July 27, 2021 jail phone call | |
| 19 | | | | | Jail Phone call August 11, 2021 | |
| 19a | | | | | Transcript of August 11, 2021 jail phone call | |
| 20 | | | | | Jail Phone call August 13, 2021 | |
| 20a | | | | | Transcript of August 13, 2021 jail phone call | |
| 21 | | | | | Jail Phone call August 14, 2021 | |
| 21a | | | | | Transcript of August 14, 2021 jail phone call | |
| 22 | | | | | Jaimie Bruguier obituary | |
| 23 | | | | | CR 06-30028 docket sheet | |
| 24 | | | | | CR 06-30028 Indictment | |
| 25 | | | | | CR 06-30028 Plea Agreement | |
| 26 | | | | | CR 06-30028 Factual Basis Statement | |
| 27 | | | | | CR 06-3008 Presentence Investigation Report | |
| 28 | | | | | CR 06-30028 Judgment | |
| 29 | | | | | CR 06-30028 Petition to Revoke | |
| 30 | | | | | CR 06-30028 Judgment on Revocation | |
| 31 | | | | | CR 06-30028 Petition to Revoke | |
| 32 | | | | | CR 06-30028 Judgment on Revocation | |
| 33 | | | | | Sex Offender Registration Form3/30/12 | |
| 34 | | | | | Sex Offender Registration Form 10/14/2012 | |

Page 2 of Click here to enter text.

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| **United States of America** | | | | vs. | | Kimo Little Bird | Case No. 20-10012 |
|---|---|---|---|---|---|---|---|
| 35 | | | | | | Sex Offender Registration Form 12/20/12 | |
| 36 | | | | | | Duty to Register Form June 9, 2016 | |
| 37 | | | | | | Standing Rock Tribal Registration Form June 9, 2016 | |
| 38 | | | | | | Sex Offender Registration Form June 9, 2016 | |
| 39 | | | | | | Little Bird texts From Jail | |

Page 3 of Click here to enter text.

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.