**MEMORANDUM**
**UNITED STATES DISTRICT COURT**

Date: November 18, 2021
To: Jury
From: Judge Kornmann
Re: U.S. v. Little Bird, CR 20-10012

    Are you telling us that you are able to reach unanimous verdicts as to Counts I, II, and V but may be unable to reach unanimous verdicts on Counts III and IV? If you are hopelessly deadlocked on Counts III and IV but able to reach unanimous verdicts as to the other counts, please let us know.

*[signature]*

CHARLES B. KORNMANN
UNITED STATES DISTRICT JUDGE
United States Courthouse
102 4th Ave. SE, Suite 408
Aberdeen, SD 57401
605-377-2600

cc: Clerk's file
    Counsel of record